LADEW v. SLEIGH. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Appeal from Special Term, New York County. Action by Louise B. W. Ladew, executrix, against Arthur H. Sleigh. From an order denying defendant's motion to set aside an order of publication, he appeals. Reversed, and motion granted. David C. Bennett, Jr., for appellant. J. Campbell Thompson, for respondent.

PER CURIAM. We think that upon the affidavits there were no facts presented which

justified the court in dispensing with the mailing of the summons and complaint to the defendant. For that reason the order of publication was irregular, and the motion to set aside said order and to vacate the judgment should have been granted. The order appealed from should therefore be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.

